# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| FELICIA MAE KLEIN, | |
| Petitioner, | No. 15 cv 2093 EJM |
| vs. | |
| BILL WOLFGRAM d/b/a Buchanan County Sheriff, | ORDER |
| Respondent. | |

This matter is before the court on initial review of Petitioner's habeas corpus petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, filed November 5, 2015. Petition to be filed, served and answered.

The court has jurisdiction pursuant to 28 USC §1331.

It is the court's view that the matter is better addressed following a response by Respondent.

It is therefore

ORDERED

The Clerk shall file and serve a copy of the Petition upon Respondent. Respondent shall file an answer, motion or other response by not later than February 19, 2016.

December 18, 2015

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT