031016Lf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| FELICIA MAE KLEIN,<br><br>Petitioner,<br><br>vs.<br><br>BILL WOLFGRAM, Sheriff of Buchanan County,<br><br>Respondent. | No. 15 cv 2093 EJM<br><br>ORDER |

This matter is before the court on Respondent's unresisted motion to dismiss, filed February 15, 2016.  Granted.

Petitioner was serving a 30 day jail term for contempt.  She challenges her incarceration.  Respondent moves pursuant to 28 U.S.C. §§2244(d) and 2254, Rules 4 and 5, and F.R.Civ.P 12(b)(6), to dismiss asserting that Petitioner failed to exhaust her grievance as she must under 28 U.S.C. 2254(b)(1); Edwards v. Carpenter, 529 U.S. 446, 451 (2000); Wemark v. Iowa, 322 F.3d 1018, 1021 (8th Cir. 2003.)  For purposes of this motion to dismiss, the court will "accept as true all of the factual allegations contained in the Complaint," and will draw "all reasonable inferences…in favor of the plaintiff." Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir. 2009).  Jurisdiction under 28 U.S.C. §1331.

Petitioner's criminal case in chief is still in its first round of appeal. www.iowacourts.gov, Fed.R.Evid 201 (judicial notice.)  A habeas petitioner must give the state courts an opportunity to decide the merits of any federal law claim before

1

resorting to the federal courts on a habeas petition. 28 U.S.C. §2254(b); Edwards, supra. Since such was not done, the claim is procedurally defaulted.

It is therefore

ORDERED

Granted. Dismissed.

March 11, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT